B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Dennis Allan Cedar** , Debtor(s)     Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 1040 Income Tax 2005** | | 101,385.98 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 4th Quarter 2002** | | 53,503.84 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 1st Quarter 2002** | | 52,099.11 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 3rd Quarter 2002** | | 50,891.55 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 2nd Quarter 2002** | | 50,695.48 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 4th Quarter 2001** | | 49,374.22 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 1040 Income Tax 2004** | | 46,806.49 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Dennis Allan Cedar**                        Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 2nd Quarter 2001** | | 44,784.98 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 1st Quarter 2003** | | 33,268.09 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 3rd Quarter 2001** | | 32,747.33 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 4th Quarter 2004** | | 28,580.89 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 3rd Quarter 2003** | | 25,168.36 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 4th Quarter 2003** | | 24,921.69 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 1st Quarter 2004** | | 23,713.69 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 3rd Quarter 2004** | | 19,929.81 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 2nd Quarter 2004** | | 19,428.18 |

In re  **Dennis Allan Cedar**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 2nd Quarter 2003** | | 19,028.88 |
| **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Internal Revenue Service SBSE/Insolvency Unit of the IRS P.O. Box 330500 - Stop 15 Detroit, MI 48232** | **Form 941 Taxes 2nd Quarter 2006** | | 17,515.10 |
| **Michigan Department of Treasury Collection Division P.O. Box 30199 Lansing, MI 48909-7699** | **Michigan Department of Treasury Collection Division P.O. Box 30199 Lansing, MI 48909-7699** | **Withholding taxes** | | 18,988.79 |
| **Tarus 38100 Commerce Drive Sterling Heights, MI 48312** | **Tarus 38100 Commerce Drive Sterling Heights, MI 48312** | **Trade debt** | | 21,417.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Dennis Allan Cedar**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 1, 2012**          Signature  **/s/ Dennis Allan Cedar**  
                                          **Dennis Allan Cedar**  
                                          Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.