**Exhibit 5 – Itemized Invoice for Services Rendered.**

# EXHIBIT 5
# ITEMIZED TIME RECORD

PROFESSIONAL SERVICES

1. **Review of Cedar Secured Mortgage Claims**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2012 | MEMT | B100 | Telephone call with A. Loncar on behalf of AMC mortgage regarding filing and creditor concerns. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/03/2012 | MEMT | B100 | Receipt and review of email correspondence from A. Loncar. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/08/2012 | MEMT | B100 | Receipt, review and draft of response to email correspondence with A. Loncar on behalf of mortgage creditor. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/08/2012 | MEMT | B100 | Telephone call with A. Loncar on behalf of mortgage creditor. | 0.30 hrs | 225.00 /hr | 67.50 |
| 07/11/2012 | LMB | B100 | Address insurance and ACH issues with Alan Loncar. | 0.30 hrs | 310.00 /hr | 93.00 |
| | | | *Subtotal by task code* **B100** | *1.70 hrs* | | *$408.00* |

2. **Case Administration**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2012 | LMB | B110 | Revise Schedules; calls with client re: filing and procedures for first day hearings. | 2.00 hrs | 310.00 /hr | 620.00 |
| 05/01/2012 | JMS | B110 | Make revisions to petition and schedules. File Certificate of Credit Counseling. | 2.50 hrs | 125.00 /hr | 312.50 |
| 05/01/2012 | MEMT | B110 | Review/Revise First day motions. | 1.50 hrs | 225.00 /hr | 337.50 |
| 05/01/2012 | MEMT | B110 | Meeting with client to discuss status of case. | 0.80 hrs | 225.00 /hr | 180.00 |
| 05/02/2012 | LMB | B110 | Review/Revise first day motions. | 1.50 hrs | 310.00 /hr | 465.00 |
| 05/02/2012 | MEMT | B110 | Telephone call to Chambers re: reassignment of judge; call with Clerk re: same. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/02/2012 | MEMT | B110 | Email correspondence and telephone calls with P. Randle regarding entry of First Day Cash Collateral Motion. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/02/2012 | MEMT | B110 | Telephone call with Chambers regarding hearing on First Day Motions. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/02/2012 | MEMT | B110 | Receipt and review of additional corporate documentation provided by Debtor. | 0.50 hrs | 225.00 /hr | 112.50 |
| 05/03/2012 | MEMT | B110 | Draft of email correspondence to client regarding hearing set for First Day Motions. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/03/2012 | MEMT | B110 | Address service issues regarding notice of hearing on First Day Motions. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/03/2012 | MEMT | B110 | Preparation for hearing on First Day Motion and US Trustee objection to filing as single case. | 1.20 hrs | 225.00 /hr | 270.00 |
| 05/03/2012 | MEMT | B110 | Receipt and review of objection to First Day Motion re: Wages filed by US Trustee. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/04/2012 | MEMT | B110 | Preparation for hearing on First Day Motions in light of objections filed by UST and contact with State of Michigan. | 0.80 hrs | 225.00 /hr | 180.00 |
| 05/04/2012 | MEMT | B110 | Attendance at hearing re: First Day Motions. | 2.20 hrs | 225.00 /hr | 495.00 |
| 05/07/2012 | LMB | B110 | Review revisions to schedules to prepare seperate filing. | 0.50 hrs | 310.00 /hr | 155.00 |

Troy Tooling Technologies, LLC    85147    Invoice# 134862  LMB    Page 2

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2012 | JMS | B110 | Prepare Motion and proposed Order regarding Joint Administration. | 1.00 hrs | 125.00 /hr | 125.00 |
| 05/07/2012 | JMS | B110 | Make revisions to Cedar's bankruptcy petition and schedules based on ct requirements for separate filings. | 1.00 hrs | 125.00 /hr | 125.00 |
| 05/07/2012 | JMS | B110 | Prepare bankruptcy petition and schedules for Troy Tooling, LLC. | 2.00 hrs | 125.00 /hr | 250.00 |
| 05/09/2012 | LMB | B110 | Meeting with client re: review amended petition and schedules. | 0.70 hrs | 310.00 /hr | 217.00 |
| 05/10/2012 | LMB | B110 | Review amendments to schedules filed for Dennis Cedar; review schedules for Troy Tooling. | 0.60 hrs | 310.00 /hr | 186.00 |
| 05/10/2012 | JMS | B110 | Make revisions to Motion for Joint Administration. Make revisions to amended petition and schedules. | 2.00 hrs | 125.00 /hr | 250.00 |
| 05/14/2012 | LMB | B110 | Address general filing and administration issues, including joint administration and resolution for filing; call with John Stevens and Greg Mahaffey re: cash collateral order and need for second filing; prepare resolution for approval of bankruptcy filing by Troy Tooling. | 1.50 hrs | 310.00 /hr | 465.00 |
| 05/14/2012 | MEMT | B110 | Revisions to motion for Joint Administration and corresponding ex parte motion prior to filing. | 0.90 hrs | 225.00 /hr | 202.50 |
| 05/14/2012 | MEMT | B110 | Revisions to First Day Motions prior to sending to counsel for UST and State of Michigan. | 0.80 hrs | 225.00 /hr | 180.00 |
| 05/14/2012 | MEMT | B110 | Assist in preparation of amendments to schedules and petition prior to filing. | 0.70 hrs | 225.00 /hr | 157.50 |
| 05/15/2012 | LMB | B110 | Contact Pat Chmile re: missing tax returns and balance sheet for financial reporting; review records re: UTS requirements. | 0.60 hrs | 310.00 /hr | 186.00 |
| 05/15/2012 | JMS | B110 | Finalize Notice of Corporate Authorization for Troy Tooling; Correspondences with M. Taunt regarding additional documents due to be filed. | 1.00 hrs | 125.00 /hr | 125.00 |
| 05/16/2012 | LMB | B110 | Draft and forward follow up email to client re: status of pending matters and first day hearing. | 0.30 hrs | 310.00 /hr | 93.00 |
| 05/16/2012 | JMS | B110 | Discuss matter with L Brimer. Review docket and correspondence with M Taunt regarding same. Finalize and file cash flow statement and statement of operations. | 1.00 hrs | 125.00 /hr | 125.00 |
| 05/16/2012 | JMS | B110 | Review docket and prepare service of amendments upon all parties of record; certificate of service. | 1.00 hrs | 125.00 /hr | 125.00 |
| 05/16/2012 | MEMT | B110 | Preparation of Small Business Report - Cash Flow Statement. | 0.60 hrs | 225.00 /hr | 135.00 |
| 05/16/2012 | MEMT | B110 | Preparation of Small Business Report - Statement of Operations. | 0.60 hrs | 225.00 /hr | 135.00 |
| 05/16/2012 | MEMT | B110 | Preparation of Small Business Report - Balance Sheet. | 0.60 hrs | 225.00 /hr | 135.00 |

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/17/2012 | LMB | B110 | Review small business financial reports required to be filed by Debtors; review tax returns re: income allocation. | 0.70 hrs | 310.00 /hr | 217.00 |
| 05/17/2012 | LMB | B110 | Address various first day motion issues. | 0.80 hrs | 310.00 /hr | 248.00 |
| 05/17/2012 | MEMT | B110 | Final preparation of Small BUsiness Report Balance Sheet prior to filing. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/17/2012 | MEMT | B110 | Revisions to Motion for Utilities based upon additional information received from client. | 0.70 hrs | 225.00 /hr | 157.50 |
| 05/17/2012 | MEMT | B110 | Research regarding Section 366 relating to jointly administered cases. | 1.20 hrs | 225.00 /hr | 270.00 |
| 05/17/2012 | MEMT | B110 | Attendance at hearing on First Day Motions. | 2.50 hrs | 225.00 /hr | 562.50 |
| 05/18/2012 | LMB | B110 | Call with client re: status of case and requirements for meeting with US Trustee. | 0.30 hrs | 310.00 /hr | 93.00 |
| 05/18/2012 | MEMT | B110 | Preparation of Order regarding Joint Administration for service; Receipt and review of email correspondence from US Trustee regarding proposed joint administration order. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/18/2012 | MEMT | B110 | Draft of revisions to motion regarding utility service based upon entry of order for joint administration. | 0.60 hrs | 225.00 /hr | 135.00 |
| 05/19/2012 | LMB | B110 | Prepare documents for initial meeting with UST. | 0.60 hrs | 310.00 /hr | 186.00 |
| 05/22/2012 | MEMT | B110 | Telephone call with D. Cedar regarding opening new bank accounts and documentation requested by the bank in order to do so. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/23/2012 | MEMT | B110 | Address issues relating to corporate standing with the State of Michigan. | 0.50 hrs | 225.00 /hr | 112.50 |
| 05/23/2012 | MEMT | B110 | Telephone call with D. Cedar regarding insurance binder and DIP accounts. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/29/2012 | MEMT | B110 | Receipt and review of correspondence received from DTE requesting adequate assurance payment. | 0.20 hrs | 225.00 /hr | 45.00 |
| 05/29/2012 | MEMT | B110 | Review of DTE bills provided by client in order to determin basis for DTE requested amount. | 0.50 hrs | 225.00 /hr | 112.50 |
| 05/29/2012 | MEMT | B110 | Telephone call to DTE regarding request for adequate assurance. | 0.30 hrs | 225.00 /hr | 67.50 |
| 06/12/2012 | LMB | B110 | Call with client re: adjourned 341 hearing and monthly operaitng reports; forward reports for completion to Pat Chmiel; call to P. Chmiel. | 0.80 hrs | 310.00 /hr | 248.00 |
| 06/26/2012 | LMB | B110 | Call with client regarding various operational and administrative issues. | 0.30 hrs | 310.00 /hr | 93.00 |
| 07/09/2012 | JMS | B110 | Prepare Certificate of Non Response to our Utility motion. Prepare and submit proposed Order regarding same. | 1.00 hrs | 125.00 /hr | 125.00 |
| 07/10/2012 | JMS | B110 | Prepare service of Utility Order and serve upon all interested parties. Prepare Certificate of Service. | 1.00 hrs | 125.00 /hr | 125.00 |
| 07/11/2012 | LMB | B110 | Call with client regarding status of various administrative matters including application to employ residential real estate borker, assumption of commerical lease and payment of post-petition obligations. | 0.50 hrs | 310.00 /hr | 155.00 |

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/19/2012 | LMB | B110 | Call with client regarding various administrative matters. | 0.40 hrs | 310.00 /hr | 124.00 |
| 08/21/2012 | LMB | B110 | Call with client regarding general case administration items; schedule conference with Chmiel. | 0.50 hrs | 310.00 /hr | 155.00 |
| 08/29/2012 | LMB | B110 | Prepare for, travel to and attend meeting with Pat Chmiel and Dennis Cedar regarding general progress of case. | 3.00 hrs | 310.00 /hr | 930.00 |
| 09/04/2012 | LMB | B110 | Address payment of UST fees and motion to extend deadline to file plan. | 0.30 hrs | 310.00 /hr | 93.00 |
| 09/18/2012 | JMS | B110 | Discuss matter with M. Taunt. Review docket and status of case. Prepare Certificate of No Response to Motion to Extend Deadline. Prepare and submit proposed Order. | 1.00 hrs | 125.00 /hr | 125.00 |
|  |  |  | **Subtotal by task code** **B110** | **51.30 hrs** |  | **$11,444.00** |

### 3. Asset analysis and Disposition

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/2012 | JMS | B120 | Correspondence with Cecelia Brown regarding her inspection of property. Review her analysis and discuss with L. Brimer. | 0.70 hrs | 125.00 /hr | 87.50 |
| 07/31/2012 | JMS | B120 | Telephone call with Cecelia Brown - broker. | 0.30 hrs | 125.00 /hr | 37.50 |
| 09/05/2012 | JMS | B120 | Correspondences with broker. Receipt and review market update report and discuss same with L. Brimer | 0.50 hrs | 125.00 /hr | 62.50 |
| 09/11/2012 | JMS | B120 | Correspondences and telephone call with broker regarding open house and marketing issues. Forward information to L. Brimer. | 0.50 hrs | 125.00 /hr | 62.50 |
| 09/27/2012 | LMB | B120 | Review offer to purchase personal residence; call with Cecelia Brown re: offer to purchase; review motion to approve sale. | 1.20 hrs | 310.00 /hr | 372.00 |
| 09/27/2012 | JMS | B120 | Correspondences with broker regarding offer made on real property. Receipt and review purchase agreement. Prepare draft of motion re: approval of sale. | 3.00 hrs | 125.00 /hr | 375.00 |
|  |  |  | **Subtotal by task code** **B120** | **6.20 hrs** |  | **$997.00** |

### 4. Meetings with USTO

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/19/2012 | LMB | B150 | Review insurance policies, tax returns and other case records for first meeting with USTO. | 0.50 hrs | 310.00 /hr | 155.00 |
| 05/22/2012 | MEMT | B150 | Troy Tooling - Completion of UST Case Questionnaire. | 1.20 hrs | 225.00 /hr | 270.00 |
| 05/22/2012 | MEMT | B150 | Troy Tooling - Address issues relating to preparation for meeting with Case Analyst for UST. | 0.80 hrs | 225.00 /hr | 180.00 |
| 05/22/2012 | MEMT | B150 | Cedar - Address issues relating to preparation for meeting with Case Analyst for UST. | 0.70 hrs | 225.00 /hr | 157.50 |
| 05/22/2012 | MEMT | B150 | Cedar - Completion of UST Case Questionnaire. | 0.90 hrs | 225.00 /hr | 202.50 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/23/2012 | MEMT | B150 | Telephone call with D. Cedar regarding preparation for meeting with case analyst for UST. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/24/2012 | LMB | B150 | Prepare for and attend initial meeting with analyst at the US Trustee Office. | 2.50 hrs | 310.00 /hr | 775.00 |
| 06/11/2012 | LMB | B150 | Prepare for, travel to and attend 341 hearing; prepare notice of adjourned hearing. | 2.00 hrs | 310.00 /hr | 620.00 |
| 06/18/2012 | LMB | B150 | Attend Troy Tooling 341 hearing. | 2.50 hrs | 310.00 /hr | 775.00 |
| | | | **Subtotal by task code**    **B150** | **11.50 hrs** | | **$3,225.00** |

### 5. Fee and Employment Applications

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2012 | MEMT | B160 | Revisions to application to employ accountant. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/01/2012 | MEMT | B160 | Draft of email correspondence to P. Chmiel regarding affidavit for employment. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/18/2012 | MEMT | B160 | Draft of revisions to application to employ Strobl & Sharp and Pat Chmiel based upon joint administration order; forward same to UST. | 0.80 hrs | 225.00 /hr | 180.00 |
| 05/18/2012 | LMB | B160 | Finalize application to employ Strobl & Sharp and Pat Chmiel; forward same to US Trustee's office. | 1.00 hrs | 310.00 /hr | 310.00 |
| 05/30/2012 | MEMT | B160 | Email correspondence with counsel for the US Trustee regarding approval of applications to employ Strobl and Accountant. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/30/2012 | MEMT | B160 | Final revisions to application to employ Strobl & Sharp and Pat Chmiel per request of U.S. Trustee. | 1.00 hrs | 225.00 /hr | 225.00 |
| 07/11/2012 | LMB | B160 | Review application to employ residential real estate broker; call with client re: same. | 0.30 hrs | 310.00 /hr | 93.00 |
| 07/11/2012 | JMS | B160 | Review client documents and prepare Application and Affidavit of Cecelia Brown, Broker. Discuss matter with L Brimer. | 1.50 hrs | 125.00 /hr | 187.50 |
| 07/12/2012 | JMS | B160 | Telephone calls and correspondences with Ceclia Brown, broker. Make revisions to Application to Employ Broker. | 1.40 hrs | 125.00 /hr | 175.00 |
| 07/17/2012 | JMS | B160 | Email and telephone call with Broker to discuss status of application and listing agreement. | 0.60 hrs | 125.00 /hr | 75.00 |
| 07/18/2012 | LMB | B160 | Address concerns of UST and client re: application to employ broker to list and market residential property. | 0.80 hrs | 310.00 /hr | 248.00 |
| 07/30/2012 | JMS | B160 | Prepare Consent of the US Trustee in re: Application to Employ Broker | 0.50 hrs | 125.00 /hr | 62.50 |
| 08/01/2012 | LMB | B160 | Call with Broker re: requested change to listing agreement; revise application to employ Brown re: comments from US Trustee; forward same to UST for review. | 0.70 hrs | 310.00 /hr | 217.00 |
| 08/03/2012 | LMB | B160 | Follow up with client and broker regarding approval of order of appointment and listing of personal residence. | 0.30 hrs | 310.00 /hr | 93.00 |

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/03/2012 | JMS | B160 | Finalize and file Application to retain Broker. File US Trustee Consent; Submit proposed order. | 1.30 hrs | 125.00 /hr | 162.50 |
| 08/06/2012 | JMS | B160 | File revised application to employ broker. Review docket. Continue preparing liquidation analysis. | 1.80 hrs | 125.00 /hr | 225.00 |
| 08/06/2012 | LMB | B160 | Finalize application to employ broker; call with Cecilia Brown. | 0.30 hrs | 310.00 /hr | 93.00 |
| 08/29/2012 | JMS | B160 | Prepare draft of motion to file interim fee application and supporting documents and prepare draft of Interim Fee Application. | 2.50 hrs | 125.00 /hr | 312.50 |
| 09/18/2012 | MEMT | B160 | Revisions to Motion for leave to file interim fee application. | 0.90 hrs | 225.00 /hr | 202.50 |
| 09/27/2012 | LMB | B160 | Review/revise motion for authority to file interim fee applicaiton, review draft fee applicaiton; prepare statement of professional services re: fee application. | 2.00 hrs | 310.00 /hr | 620.00 |
|  |  |  | **Subtotal by task code**    **B160** | **18.70 hrs** |  | **$3,706.50** |

### 6. Executory Contracts

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/23/2012 | MEMT | B185 | Prepare and Draft Motion to Assume Lease with landlord PENVESCO. | 1.50 hrs | 225.00 /hr | 337.50 |
| 05/25/2012 | LMB | B185 | Address issues relative to assumption of lease with Penvesco; review/respond to email from M. Lieberman re: lease assumption; forward email to client re: same. | 0.30 hrs | 310.00 /hr | 93.00 |
| 05/29/2012 | LMB | B185 | Call with client re: status of lease payments and plan for assumption; conference call with Mike Lieberman re: assumption of lease with Penvesco. | 0.70 hrs | 310.00 /hr | 217.00 |
| 05/29/2012 | MEMT | B185 | Telephone call with D. Cedar regarding status of lease payments. | 0.30 hrs | 225.00 /hr | 67.50 |
| 06/29/2012 | LMB | B185 | Address issues from counsel for landlord and assumption of lease agreement. | 0.40 hrs | 310.00 /hr | 124.00 |
| 07/12/2012 | LMB | B185 | Review information from Mike Lieberman re: assumption of Penvesco lease on commerical property; forward same to client. | 0.30 hrs | 310.00 /hr | 93.00 |
| 08/07/2012 | LMB | B185 | Review/respond to email communication from client regarding rental rate analysis and assumption of lease; review Newmark Grubb analysis. | 1.40 hrs | 310.00 /hr | 434.00 |
| 08/08/2012 | LMB | B185 | Review broker opinion regarding standard lease rates; draft email communication to client re: same. | 0.60 hrs | 310.00 /hr | 186.00 |
| 08/09/2012 | LMB | B185 | Review market analysis of rental rates; call with client; draft and forward proposal for assumption of Penvesco lease to M. Lieberman. | 1.50 hrs | 310.00 /hr | 465.00 |
| 08/30/2012 | LMB | B185 | Call with Mike Lieberman re: assumption of Penvesco lease; review email correspondence from Lieberman re: same. | 0.70 hrs | 310.00 /hr | 217.00 |

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Troy Tooling Technologies, LLC    85147    Invoice# 134862    LMB    Page 7 | | | |
| 09/07/2012 | LMB | B185 | Review offer from Mike Lieberman re: Penvesco lease; forward summary to client re: same; call with client re: status of lease negotiations. | 0.50 hrs | 310.00 /hr | 155.00 |
| 09/14/2012 | LMB | B185 | Draft correspondence to Mike Lieberman regarding assumption of the Penvesco lease; calls with client regarding offer to settle lease issues. | 0.50 hrs | 310.00 /hr | 155.00 |
| | | | **Subtotal by task code    B185** | **8.70 hrs** | | **$2,544.00** |

**7. Operating Reports**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/15/2012 | LMB | B200 | Address monthly operating budget in context of operating reports | 0.60 hrs | 310.00 /hr | 186.00 |
| 06/20/2012 | LMB | B200 | Review drafts of May operating statements from P. Chmiel; conference with P. Chiemel re: same. | 1.50 hrs | 310.00 /hr | 465.00 |
| 06/21/2012 | JMS | B200 | Receipt and review client documents. Prepare draft of Monthly Operating Reports for Troy Tooling and Cedar for the month of May. | 1.50 hrs | 125.00 /hr | 187.50 |
| 06/25/2012 | LMB | B200 | Review final drafts of May operating reports. | 0.40 hrs | 310.00 /hr | 124.00 |
| 06/25/2012 | JMS | B200 | Finalize and file May Monthly Operating Reports for Troy Tooling and Cedar. Review Docket. | 0.70 hrs | 125.00 /hr | 87.50 |
| 07/19/2012 | LMB | B200 | Review June MOR for Troy Tooling; call with P. Chimle re: same. | 0.70 hrs | 310.00 /hr | 217.00 |
| 07/20/2012 | LMB | B200 | Address June operating reports with P. Chimle. | 0.70 hrs | 310.00 /hr | 217.00 |
| 07/23/2012 | JMS | B200 | Prepare June operating reports for both debtors. | 2.00 hrs | 125.00 /hr | 250.00 |
| 07/25/2012 | JMS | B200 | Finalize and file Operating Report for Troy Tooling and for D. Cedar. Review docket. Operations | 0.80 hrs | 125.00 /hr | 100.00 |
| 08/17/2012 | LMB | B200 | Review July operating reports; forward email communication to Chmile regarding designation of items on reports. | 0.40 hrs | 310.00 /hr | 124.00 |
| 08/20/2012 | LMB | B200 | Conference call with P. Chmile regarding July operating reports and general accounting and cash flow items. | 0.70 hrs | 310.00 /hr | 217.00 |
| 08/21/2012 | JMS | B200 | Finalize July MOR for filing. | 1.00 hrs | 125.00 /hr | 125.00 |
| 08/22/2012 | JMS | B200 | File July MOR for both debtors. Discuss status of case with L. Brimer. | 0.70 hrs | 125.00 /hr | 87.50 |
| 09/22/2012 | LMB | B200 | Call with Pat Chmiel regarding August monthly operating reports. | 0.20 hrs | 310.00 /hr | 62.00 |
| 09/27/2012 | JMS | B200 | Prepare August operating reports. | 1.50 hrs | 125.00 /hr | 187.50 |
| | | | **Subtotal by task code    B200** | **13.40 hrs** | | **$2,637.00** |

**8. Cash Collateral and Financing**

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2012 | MEMT | B230 | Receipt and review of objection to First Day Motion for Cash Collateral filed by US Trustee. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/04/2012 | MEMT | B230 | Telephone call with the State of Michigan regarding request for adequate protection payment. | 0.30 hrs | 225.00 /hr | 67.50 |

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/14/2012 | MEMT | B230 | Draft of email correspondence to counsel for UST and State of Michigan regarding Cash Collateral Motion. | 0.40 hrs | 225.00 /hr | 90.00 |
| 05/14/2012 | MEMT | B230 | Email correspondence with P. Randel regarding cash collateral motion and US Trustee change requests. | 0.30 hrs | 225.00 /hr | 67.50 |
| 05/14/2012 | MEMT | B230 | Telephone call with counsel for the State of Michigan regarding status of cash collateral motion and outstanding request for adequate protection payments. | 0.40 hrs | 225.00 /hr | 90.00 |
| 09/19/2012 | LMB | B230 | Meeting with client re: adequate protection payments, extended deadlines and status of plan. Financing/cash collections | 0.30 hrs | 310.00 /hr | 93.00 |
| 09/21/2012 | LMB | B230 | Attempted contacts with taxing authorities re: adeuqate protection payments; draft correspondence forwarding adequate protection payments to taxing authorities. | 0.60 hrs | 310.00 /hr | 186.00 |
| 09/24/2012 | JMS | B230 | Finalize and submit letters to IRS and State of Michigan regarding adequate assurance payments. | 0.20 hrs | 125.00 /hr | 25.00 |
| | | | *Subtotal by task code*  **B230** | *2.80 hrs* | | *$686.50* |

### 9. Taxes

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/01/2012 | MEMT | B240 | Receipt and review of additional IRS notices and paperwork provided by client in order to ensure no amendments are necessary to allocation of tax liabilities. | 2.60 hrs | 225.00 /hr | 585.00 |
| 05/02/2012 | MEMT | B240 | Receipt and review of additional financial documentation received from client relating to IRS Debt. | 2.60 hrs | 225.00 /hr | 585.00 |
| 05/02/2012 | MEMT | B240 | Receipt and review of tax documentation provided by client in connection with schedules as filed. | 1.60 hrs | 225.00 /hr | 360.00 |
| | | | *Subtotal by task code*  **B240** | *6.80 hrs* | | *$1,530.00* |

### 10. Claim Review and Analysis

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/16/2012 | LMB | B310 | Review proofs of claim filed by State of Michigan, Department of Treasury. | 0.30 hrs | 310.00 /hr | 93.00 |
| 07/17/2012 | LMB | B310 | Review amended claims filed by IRS. | 0.30 hrs | 310.00 /hr | 93.00 |
| | | | *Subtotal by task code*  **B310** | *0.60 hrs* | | *$186.00* |

### 11. Plan and Disclosure Statement

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/30/2012 | JMS | B320 | Begin drafting Plan and disclosure statement. Discuss matter with L. Brimer. | 3.00 hrs | 125.00 /hr | 375.00 |
| 07/31/2012 | JMS | B320 | Continue drafting Plan and disclosure statement. | 2.00 hrs | 125.00 /hr | 250.00 |
| 08/02/2012 | JMS | B320 | Begin preparing exhibits to plan and disclosure statement, summary of past years' income tax. | 2.50 hrs | 125.00 /hr | 312.50 |
| 08/08/2012 | JMS | B320 | Continue preparing exhibits to plan. | 2.30 hrs | 125.00 /hr | 287.50 |

Troy Tooling Technologies, LLC       85147       Invoice# 134862   LMB       Page 9

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/09/2012 | JMS | B320 | Continue assembling and preparing plan exhibits. | 3.00 hrs | 125.00 /hr | 375.00 |
| 08/27/2012 | MEMT | B320 | Draft of Motion to Extend Deadline to file Plan and Disclosure Statement with corresponding exhibits. | 1.40 hrs | 225.00 /hr | 315.00 |
| 08/28/2012 | MEMT | B320 | Draft of affidavit in support of motion to extend deadline to file Plan and Disclosure Statement. | 0.70 hrs | 225.00 /hr | 157.50 |
| 09/18/2012 | MEMT | B320 | Receipt and review of order extending deadline for filing Plan. | 0.20 hrs | 225.00 /hr | 45.00 |
| | | | *Subtotal by task code* **B320** | *15.10 hrs* | | *$2,117.50* |
| TOTAL PROFESSIONAL SERVICES | | | | 136.80 Hrs | | $29,481.50 |

# EXHIBIT 4
## SUMMARY STATEMENT OF HOURS

| PROFESSIONAL | RATE | HOURS WORKED | TOTAL BILLING |
|---|---|---|---|
| Jean M. Springer | $125.00 | 50.30 hrs | $6,287.50 |
| Meredith E. Taunt | $180.00 | 42.60 hrs | $9,585.00 |
| Lynn M. Brimer | $310.00 | 43.90 hrs | $13,609.00 |
| | TOTAL | 136.80 hours | $29,481.50 |

J:\DOCS\85147\004\MISC\SB387209.RTF