## Exhibit 7 – Itemized Invoice for Expenses

# EXHIBIT 7
# STATEMENT OF EXPENSES

DISBURSEMENTS

**1. Postal Charges**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/17/2012 | 006 | Postal Charges | 34.00 |
| 09/30/2012 | 006 | Postal Charges | 14.85 |
| | | *Total for 006* | *$48.85* |

**2. Mileage**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/04/2012 | 008 | Mileage USBC Hearing (55 miles r/t) | 30.53 |
| 05/17/2012 | 008 | MEMT Mileage USBC Hearing - Detroit - 55 miles r/t | 30.53 |
| 05/24/2012 | 008 | LMB - Mileage roundtrip to U.S. Dept. of Justice | 30.53 |
| 06/11/2012 | 008 | LMB Mileage roundtrip to U.S. Bankruptcy Court hearing | 30.53 |
| 06/18/2012 | 008 | LMB Mileage roundtrip to U.S. Bankruptcy Court hearing | 30.53 |
| | | *Total for 008* | *$152.65* |

**3. Parking**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/04/2012 | 009 | Parking USBC Hearing | 6.00 |
| 09/30/2012 | 009 | Parking | 30.00 |
| | | *Total for 009* | *$36.00* |

**4. Filing Fees**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/16/2012 | 014 | Filing Fee for amendments | 30.00 |
| 05/25/2012 | 014 | Online Filing Fee to State of Michigan DELEG for restoration of LLC | 150.00 |
| 06/11/2012 | 014 | Online Filing Fee to Bankruptcy Court for Eastern District of Michigan | 15.00 |
| | | *Total for 014* | *$195.00* |

**5. Computer Research**

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/06/2012 | 023 | Pacer Service Center; Invoice # SB0162-Q22012; Computer Research - Lexis Nexis/ Pacer | 33.30 |
| | | *Total for 023* | *$33.30* |

TOTAL DISBURSEMENTS — $465.80

J:\DOCS\85147\004\BANKRUPT\SB387243.DOC